FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

7.25.2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:24-cr-158-WWB-PDB
18 U.S.C. § 641
42 U.S.C. § 408(a)(7)(B)

LEON DEWAYNE GRAHAM

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Theft of Government Property, More Than $1,000)**

Beginning in or about January 2014, and continuing through in or about May 2023, in the Middle District of Florida, and elsewhere, the defendant,

LEON DEWAYNE GRAHAM,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and Social Security Administration, a department and agency of the United States, that is, money, with intent to deprive the United States and Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## COUNT TWO
### (Theft of Government Property, More Than $1,000)

Beginning in or about January 2016, and continuing through in or about May 2023, in the Middle District of Florida, and elsewhere, the defendant,

### LEON DEWAYNE GRAHAM,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the U.S. Department of Health and Human Services, a department and agency of the United States, that is, money and benefits from the Federal Medicaid Health Care Benefit Program, with intent to deprive the United States and U.S. Department of Health and Human Services of the use and benefit of the money and thing of value, that is, benefits from the Federal Medicaid Health Care Benefit Program.

In violation of 18 U.S.C. § 641.

## COUNT THREE
### (Falsely Representing a Social Security Number)

On or about August 2, 2019, in the Middle District of Florida, and elsewhere, the defendant,

**LEON DEWAYNE GRAHAM,**

for the purpose of obtaining something of value and for other purposes, did knowingly and with the intent to deceive another person and organization, falsely represent to Company #1, his Social Security number to be XXX-XX-9498, when in fact, as the defendant well knew, Social Security number XXX-XX-9498, was not assigned to the defendant.

In violation of 42 U.S.C. § 408(a)(7)(B).

### FORFEITURE

1. The allegations contained in Count One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the sum of $130,940.33, which represents the proceeds of the offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

ROGER B. HANDBERG
United States Attorney

By: *Kevin C. Frein*
Kevin C. Frein
Assistant United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
7/22/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## LEON DEWAYNE GRAHAM

## INDICTMENT

Violations: 18 U.S.C. § 641
42 U.S.C. § 408(a)(7)(B)

A true bill,

_____

Filed in open court this 25th day

of July, 2024.

_____
Clerk

Bail $ _____

GPO 863 525